9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Diana Hernandez Sanchez and Carlos Garza, | § § § | United States District Court Southern District of Texas ENTERED APR 1 3 1999 Michael N. Milby, Clerk of Court By Deputy Clerk |
| Individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. B-99-011 |
| WCI Financial Services, Inc., | § § § | |
| Defendant. | § § | |

Order Extending Time

The Court has considered plaintiffs' motion for an extension of time to file their response to Defendant's Motion to Dismiss Plaintiffs' Federal Claims Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("Motion to Dismiss"). Defendant has agreed to the extension of time sought.

The Court is of the opinion and FINDS that good cause exists for granting the extension of time.

It is accordingly ORDERED that the time for plaintiffs to file their response to the Motion to Dismiss be, and it hereby is, extended to May 14, 1999.

SIGNED April __12__, 1999.

_____
Hilda G. Tagle
United States District Judge

Order Extending Time, Page 1