11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 11 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Diana Hernandez Sanchez and Carlos Garza, § § § | |
| Individually and on behalf of all others similarly situated, § § § | |
| Plaintiff, § | |
| vs. § | Civil Action No. B-99-011 |
| WCI Financial Services, Inc., § § | |
| Defendant. § | |

Order Resetting Initial Pretrial Conference and Extending Time

The Court has considered the parties' Joint Motion to Reset Initial Pretrial Conference and for Extension of Time.

The Court is of the opinion and FINDS that good cause exists for granting the motion.

It is accordingly ORDERED that the initial pretrial conference be reset for a date on or after July 20, 1999, and that the time for plaintiffs to file their response to Defendant's Motion to Dismiss Plaintiffs' Federal Claims Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure be, and it hereby is, extended to July 22, 1999 at 9:30 AM.

SIGNED May 10, 1999.

_____
Hilda G. Tagle
United States District Judge

Order Resetting Initial Pretrial Conference and Extending Time, Page 1