13

United States District Court
Southern District of Texas
ENTERED

JUL 2 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Diana Hernandez Sanchez and Carlos Garza, Individually and on behalf of all others similarly situated, Plaintiffs, vs. WCI Financial Services, Inc., Defendant. | § § § § § § § § § § § § § § | Civil Action No. B-99-011 |

## ORDER GRANTING JOINT MOTION FOR MEDIATION

This Court has considered the parties' Joint Motion for Mediation.

The Court is of the opinion, and finds, that good cause exists for granting the Motion.

It is accordingly ordered that this case be mediated before mediator Judge Gilbert Hinojosa, or such other mediator as the parties may agree upon, by August 20, 1999. If the case is settled at or before mediation, the parties are further ordered to promptly notify the Court of such settlement.

IT IS FURTHER ORDERED that the Plaintiffs' response to Defendant's Motion to Dismiss Plaintiffs' federal claims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, must be filed by August 30, 1999.

IT IS FURTHER ORDERED that the initial pre-trial conference in this case is set for September 29th, 1999 at 9:00 (a.m.)/p.m.

Signed this 21 day of July, 1999

_____
Hilda G. Tagle
United States District Judge

O:\ATTYS\CEC\HERN-WC\PLEADING\MEDIATIO.ORD