16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 7 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Diana Hernandez Sanchez and Carlos Garza, | § § § | |
| Individually and on behalf of all other similarly situated, | § § § | |
| Plaintiffs, | § § | Civil Action No. B-99-011 |
| vs. | § § | |
| WCI Financial Services, Inc. | § § | |
| Defendant. | § § | |

## **FINAL JUDGMENT**

On this day came on for trial the above-entitled and numbered cause. The Court finds that Defendant has a third-party debt collector's bond, and that such bond has now been filed with the Secretary of the State of Texas.

IT IS FURTHER ORDERED that in the future, when collecting consumer debts, if Defendant gives in its collection letters the notice required by Colorado Rev. Stat. § 12-14-105(3), Defendant shall preface such notice with the following language: "Notice: Colorado law requires that Colorado consumers be given the following notice; however, all consumers have similar rights under federal law." The Court finds that such a preface satisfies the requirements of the FDCPA, and provides Defendant with a "safe harbor" that enables it to comply with both state and federal law. This judgment shall constitute a permanent mandatory injunction.

IT IS FURTHER ORDERED that Defendant shall continue to comply with the surety bond requirements of Section 392.101 of the Texas Finance Code so long as Defendant continues to engage in debt collection in the State of Texas.

IT IS FURTHER ORDERED that, in accordance with the Compromise and Settlement Agreement between the parties, Defendant WCI Financial Services, Inc. is to pay the sum of One Thousand Dollars ($1,000) to Plaintiff Diana Hernandez Sanchez, the sum of One Thousand Dollars ($1,000) to Plaintiff Carlos Garza, and reasonable and necessary attorney's fees to Plaintiffs' attorneys-of-record Anthony Carrabba and Stephen Gardner in the amount agreed upon by the parties. As it has been represented to the Court by the parties that Defendant has paid the sums in full, these payment obligations are fully and finally satisfied and discharged.

All relief not granted is denied.

Signed this 17 day of September 1999.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

Wilson O. Calhoun   by CEC w/
Wilson O. Calhoun        permission
State Bar No. 03645500

ATTORNEY FOR DEFENDANT

_____
Stephen Gardner
State Bar No. 07660600

ATTORNEY FOR PLAINTIFFS

- 2 -